UNITED CIGARETTE MACH. CO., Limited, v. WRIGHT. (Circuit Court of Appeals, Fourth Circuit. March 12, 1912.) No. 1,072. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina, at Raleigh. See, also, 156 Fed. 244. Fred Harper, for appellant. A. R. Long and Wm. P. Bynum (Harrison & Long, on the briefs), for appellee. Before PRITCHARD, Circuit Judge, and DAYTON and ROSE, District Judges.

PER CURIAM. A careful consideration of the assignments of error filed herein impels us to the conclusion that the same are without merit. Therefore the decree of the lower court is affirmed. Affirmed.

---

WORTH v. KNICKERBOCKER TRUST CO. (Circuit Court of Appeals, Fourth Circuit. March 6, 1912.) No. 1,073. In Error to the Circuit Court of the United States for the Eastern District of North Carolina, at Wilmington. E. K. Bryan (John D. Bellamy, on the brief), for plaintiff in error. Thomas W. Davis and Julien T. Davies, Jr. (Davis & Davis, Davies, Stone & Auerbach, and Harold C. McCollom, on the briefs), for defendant in error. Before GOFF and PRITCHARD, Circuit Judges, and DAYTON, District Judge.

PER CURIAM. We have been unable to find in the record of this cause that error has been committed. The assignments of error are without merit. Affirmed.